[No. 32741-1-I.    Division One.    April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. EVERETTE P. SACKVILLE, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 93-1-00061-7, George McIntosh, J., entered April 23, 1993. *Affirmed* by unpublished per curiam opinion.

[Nos. 34267-3-I; 34268-1-I.    Division One.    April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK EDWARD OLDRICH, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 92-1-06982-4, Harriet M. Cody, J., entered March 23, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34656-3-I.    Division One.    April 3, 1995.]

*In the Matter of the Marriage of* EVELYN MARIE HANSHEW, *Appellant, and* STEPHEN WILLIAM BRINTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-3-01829-1, Carol A. Schapira, J., entered April 29, 1994. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 30110-1-I.    Division One.    April 3, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE L. WALLACE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-04849-1, Mary Wicks Brucker, J., entered February 4, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Kennedy, JJ.